IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PETER SILVA | * | |
| Plaintiff | * | |
| vs. | * | (Removed from the Circuit Court of Maryland for Baltimore City, State Case No.:24-C-22-002868 OT) |
| BALTIMORE WATERPROOFING, INC. | * | |
| Defendant | * | CIVIL CASE NO.: |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF REMOVAL**

Defendant, Baltimore Waterproofing, Inc. by its attorney, Craig K. Ronald, Esquire, pursuant to 28 U.S.C. § 1441 et. seq., files this Notice of Removal of this action from the Circuit Court for Baltimore City, Maryland, in which it is now pending, to the United States District Court for the District of Maryland, and in support thereof respectfully avers as follows:

1. That Defendant, Baltimore Waterproofing, Inc. was a named Defendant in a lawsuit filed by Plaintiff in the Circuit Court for Baltimore City, Maryland. The case number is 24-C-22-002868 OT.

2. That the above-entitled action is one in which the Court has original jurisdiction pursuant to 28 U.S.C. § 1332. Defendant seeks to remove this action to this Court under 28 U.S.C. § 1441.

3. That this Notice of Removal is being filed within thirty (30) days after the Complaint and Writ of Summons were served upon this Defendant, thereby making this case one which is removable, and is therefore timely filed under 28 U.S.C. § 1446. Filed herewith as Exhibit No.1 are copies of all process, pleadings, and orders received by this

Defendant. Also filed herewith as Exhibit No. 2 are true and legible copies of all papers on file with the Circuit Court for Baltimore City relating to the above-captioned matter.

4. That the above-captioned case is an action in tort.

5. That Defendant is entitled to remove this action because it is a civil action between citizens of different states and involves an amount in controversy in excess of $75,000.00, exclusive of interest and costs.

6. That Plaintiff resides in Jacksonville, Florida. Defendant, Baltimore Waterproofing, Inc., both at the time of the alleged incident, and at the present time, is a business incorporated in Maryland with its principal place of business also located in Maryland. See Plaintiff's Complaint. Therefore, there is complete diversity of citizenship.

**WHEREFORE,** Defendant, Baltimore Waterproofing, Inc., respectfully requests that the above-referenced action be removed from the Circuit Court for Baltimore City, Maryland, to the United States District Court for the District of Maryland.

Respectfully submitted,

_____
**CRAIG K. RONALD (#25875)**
Landsman & Ronald, LLC.
The Sophmar Building
Six East Mulberry
Baltimore, Maryland 21202
410-752-4220
craig@landsmanlaw.com
Attorney for Defendant,
Baltimore Waterproofing, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that on this **5**th day of August, 2022, a copy of the foregoing Notice of Removal was mailed, postage prepaid, to: **Thomas J. Whiteford, Esquire**, and **James R. Jeffcoat, Esquire**, Whiteford, Taylor & Preston, LLP, Seven St. Paul Street, Suite 1500, Baltimore, Maryland 21202-1636, Attorneys for Plaintiff.

_____
**CRAIG K. RONALD (#25875)**